NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


HERIBIERTO RODRIGUEZ,　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　Appellant,　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)　　　Case No. 2D18-1376
　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　Appellee.　　　　　　　)
_____ )

Opinion filed December 19, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Donald G. Jacobsen,
Judge.


PER CURIAM.


　　　　　Affirmed.


LaROSE, C.J., and VILLANTI and KHOUZAM, JJ., Concur.